IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE KANE PRESIDING

Criminal Case No. 15-CR-0113

UNITED STATES OF AMERICA,

Plaintiff,

v.
GABRIEL ARCHULETA
GABE LUCERO
THOMA MCQUOWN

Defendant.

---

MOTION TO RAISE COMPETENCY
Filed as Unrestricted Document per Court Order

---

Counsel for Thomas McQuown, requests this Court make a determination of the defendant's competency pursuant to 18 U.S.C. 4241 et seq. and states the following in support thereof:

1. Mr. Mcquown is charged with Bank Robbery in violation of 18 U.S.C. section 2113 (a) and (d) and Section 2 and other charges.

2. Counsel has met with Mr. Mcquown on numerous occasions in preparation of this case.

3. In the summer of 2014, Mr. McQuown suffered debilitating head injuries in a motor cycle accident. During the meetings with Mr. McQuown it has become clear that an issue exists that Mr. McQuown's injuries have affected his mental functioning and memory to the point that counsel believes Mr. McQuown is incompetent pursuant to the afore mentioned statute.

4. Based upon this belief, Counsel sought and received funds to retain an expert in neuro-psychology. That expert is Dr. Karen Fukutaki. Dr. Fukutaki completed a thorough evaluation to determine if Mr. McQuown was competent. Dr. Fukutaki reviewed the medical records from Mr. McQuown's injury, information concerning the facts of the case and portions of the discovery in the case and tested Mr. McQuown in an effort to determine if Mr. McQuown was competent or not.

5. It is Dr. Fukutaki's opinion that Mr. McQuown is incompetent.

6. A copy of the Doctors report is attached to this motion.

7. Wherefore, counsel for Mr. McQuown requests this Court make a determination of Mr. McQuown's competency. Specifically, it is requested that Mr. McQuown be found incompetent.

8. This motion and the attached report were originally filed as a Level 2 Restricted Document. It was counsel's position that the co-defendants are not entitled to this information at this time. Upon Court Order, this document is now filed unrestrictive as is the attached report.

Dated this 3rd day of October, 2015.

                                           s/Michael Root_____
                                           Michael G. Root
                                           Attorney for Thomas McQuown
                                           217 E. Seventh Ave.
                                           Denver, Colorado 80203
                                           (303)-318-7181

CERTIFICATE OF SERVICE

       A copy of this motion was electronically served on the following parties:

United States Attorney's Office
Counsel for Mr. Archuleta
Counsel for Mr. Lucero