**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  December 4, 2015 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Mary George |

Criminal Action No.: 15-cr-00113-JLK-1-2-3

| | |
|---|---|
| UNITED STATES OF AMERICA, | Suneeta Hazra |
| | Robert M. Brown |
| Plaintiff, | |
| v. | |
| 1.   GABRIEL JESSE ARCHULETA, | David E. Johnson |
| 2.   THOMAS JAY LUCERO, | Leslee A. Barnicle |
| **3.   THOMAS MCQUOWN,** | Michael G. Root |
| Defendants. | |

## COURTROOM MINUTES

**Motions Hearing**

**10:06 a.m.    Court in session.**

Court calls case.  Appearances of Counsel. Defendants present in custody.

Preliminary remarks by the Court.

Discussion and argument heard regarding Doc. Nos. 63 and 68.

10:10 a.m.    Argument by Mr. Brown (the Government).

10:13 a.m.    Argument by Mr. Root.

10:15 a.m.    Further argument by Mr. Brown.

10:16 a.m.    Comments and rulings by the Court.

**ORDERED:    Doc. No. 63; Filed 9/22/15 is DENIED as MOOT.**

**ORDERED:    Motion To Raise Competency (Filed 10/3/15; Doc. No. 68) is DENIED.**

The Court advises counsel that a trial date will be set at the Status Conference in January.

**ORDERED:**    Defendants are **REMANDED** to the custody of the U.S. Marshal.

**10:26 a.m.    Court in recess.**
Hearing concluded.
Time in court: 20 minutes.